UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | MJ-08-266 |
| vs. | ) | Order GRANTING Motion for Dismissal With Prejudice |
| CARDIEL PEREZ-ANGELES, | ) | |
| Defendant. | ) | |

Leave of court is granted for the filing of the foregoing dismissal with prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED October 14, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order Granting Motion for Dismissal With Prejudice - 1
08mj266ci-10-14.wpd